**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>RICHARD MILOSKY (2),<br><br>               Defendant. | CASE NO. 14cr1203-AJB<br><br>**JUDGMENT OF DISMISSAL** |

FILED
2015 APR 29 AM 9: 2
TH

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or.

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, with prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_x_ of the offense(s) as charged in the Information:

18:1167(b)

---

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 4/28/15

                                          Jan M. Adler
                                          U.S. Magistrate Judge